UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MITCHELL OLEJKO, et al.,<br><br>Plaintiff(s),<br>v.<br><br>BANK OF AMERICA N.A.,<br><br>Defendant(s). | CASE NO. C25-1987-KKE<br><br>ORDER VACATING CASE SCHEDULE |

The parties have notified the Court that they have settled this case. Dkt. No. 16. The parties request that while they finalize settlement, the Court vacate the case deadlines. *Id*.

In accordance with the parties' notice, the Court VACATES the trial date and pretrial deadlines previously set. Dkt. Nos. 11, 13. The parties shall file a dismissal stipulation and proposed order no later than September 17, 2026.

Dated this 3rd day of August, 2026.

Kymberly K. Evanson
United States District Judge