UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MITCHELL OLEJKO, et al.,<br><br>Plaintiff(s),<br>v.<br><br>BANK OF AMERICA N.A.,<br><br>Defendant(s). | CASE NO. C25-1987-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

This matter is before the Court on the parties' (Plaintiffs Mitchell Olejko and Jill Wolcott, and Defendant Bank of America, N.A.) Stipulated Motion for Dismissal with Prejudice of All Claims. The parties having consented thereto, and for good cause shown, the motion is GRANTED and it is ORDERED that all claims by all parties, current or former, in this case are hereby dismissed with prejudice and without an award of fees or costs to any party, current or former. The Clerk is directed to close this case.

Dated this 14th day of September, 2026.

Kymberly K. Evanson
United States District Judge